**FILED**

10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0486

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-22-0486

| | |
|---|---|
| GILBERT R. JOHNSTON and JUDITH A. JOHNSTON, husband and wife; STEPHEN R. GIBBS; SCOTT SHONE; DONALD S. SMITH and BRENDA J. SMITH, husband and wife as trustees of the Donald S. Smith and Brenda J. Smith AB Living Trust; RACHELLE AMBER McCRACKEN; MICHAEL ALLEN McCRACKEN; SEAN JUSTIN SMITH; GERALD B. WOODAHL and SUSAN A. WOODAHL, husband and wife; JEFFREY M. HOLLENBACK; JIM S. FERGUSON; ERIC W. SMART and STEPHANIE NICOLE SMART, husband and wife; NANCY CORDIAL; EDS INVESTMENTS, LLC an Arizona limited liability company; NEWS DEVELOPMENT, LLC a Montana limited liability company; and JCO PROPERTIES, LLC, a Montana limited liability company, <br><br> Plaintiffs and Appellants <br> v. <br><br> FIRST AMERICAN TITLE COMPANY, <br><br> Defendants and Appellees | **ORDER GRANTING APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

HAVING REVIEWED Appellants' Unopposed Motion for Extension of Time and good cause appearing,

IT IS HEREBY ORDERED that Appellants have December 5, 2022, to file their Opening Brief

ELECTRONICALLY SIGNED AND DATED BELOW

cc:    David B. Cotner/Kyle Ryan
        Jeffrey Roth/Jeffrey Kuchel

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 25 2022